UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPPENHEIMER & CO., INC., <br> Plaintiff, <br> v. <br> JULIANNE F. CATALANO, et al., <br> Defendants. | Case No. 3:17-cv-04669-WHO <br><br> **ORDER ON STIPULATED SETTLEMENT AND JOINT MOTION TO DISMISS** <br><br> Re: Dkt. No. 41 |

On February 13, 2018, the parties filed a stipulation indicating that they had reached a settlement on a majority of their claims. Dkt. No. 41. They outlined a series of actions that would be taken pursuant to the agreement, at which point it would be appropriate to enter certain dismissals with prejudice and remand the only remaining cause of action to San Francisco Superior Court. The parties have not provided any updates since that stipulation.

Assuming dismissal remains appropriate, WITHIN 30 DAYS of the date of this Order the parties are ORDERED to file a stipulation and a proposed order[1] or orders that would enter the appropriate dismissals and remand the remaining cause of action. If the dismissals and remand cannot be accomplished within that time frame, a Case Management Conference will be held on April 16, 2019 at 2:00 P.M. The parties shall file a Joint Case Management Statement not less than seven days before the conference in compliance with Civil Local Rule 16-10.

**IT IS SO ORDERED.**

Dated: March 6, 2019

William H. Orrick
United States District Judge

---

[1] The parties should submit a Word document version of the proposed order(s) in compliance with Civil Local Rule 5-1(g).